Case 1:22-cr-00408-LAK   Document 10   Filed 11/18/22   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2022

November 18, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tracy Melendez*, 22 Cr. 408 (LAK)

Dear Judge Kaplan:

    The parties have reached a plea agreement in the above-captioned matter. Chambers has notified the Government that the Court will be referring the change of plea to magistrate court and has set a control date of December 1, 2022 at 4pm should the change of plea be unsuccessful. In light of the new control date, the Government respectfully requests that the Court exclude time through December 1, 2022 to permit the parties to find a mutually convenient time either before or after the Thanksgiving holiday to schedule the change of plea. Defense counsel consents to the request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: _____
Christopher D. Brumwell
Assistant United States Attorney
(212) 637-2477

*Granted. The interests of justice served thereby outweigh the interests of the def. and public in speedy trial for reasons stated above.*

SO ORDERED

/s/ LEWIS A. KAPLAN, USDJ
11/19/22