```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
     -v.-                           :    22 Cr. 408 (LAK)
                                    :
TRACY MELENDEZ,                     :
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/22

WHEREAS, with the consent of defendant TRACY MELENDEZ, the defendant's guilty plea allocution was taken before the United States Magistrate Judge on November 29, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted;

SO ORDERED.

Dated:   New York, New York
         December 8, 2022

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE