UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America          :
                                  :   22 CR 408 (LAK)
                                  :
         -against-                :   ORDER
                                  :
Tracy Melendez                    :   ┌─────────────────────────┐
                                  :   │ USDC SDNY               │
                                  :   │ DOCUMENT                │
                                  :   │ ELECTRONICALLY FILED    │
         Defendant                :   │ DOC #: _____ │
----------------------------------x   │ DATE FILED: 3/3/25      │
                                      └─────────────────────────┘

     **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

3/3/25

Dated: New York, New York